In the Matter of FRANK A. DE STASIO, Respondent, against PAUL MOSS, as Commissioner of the Department of Licenses of the City of New York, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post,* p. 971.]

MAYBELLE OLWELL, Respondent, v. LEE E. OLWELL, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

EDITH L. NICKISCH, Respondent, v. MADISON 34TH STREET CORP., Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [185 Misc. 25, affd. 185 Misc. 108.] [See *post,* p. 972.]

In the Matter of the Arbitration between MONCE KLEIN, Doing Business as MONCE, Respondent, and EXCLUSIVE IMPORT AND EXPORT CORPORATION, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

VICTOR TANNENBAUM, Respondent, v. BENJAMIN AMINZADE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

BARRETT M. FISHER, an Infant, by DEWEY FISHER, his Guardian ad Litem, et al., Appellants, v. ROBERT L. HOWARD et al., Respondents.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of MICHAEL A. RINCONES, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Determination unanimously confirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

## (October 19, 1945.)

ESTATE OF EUGENE A. HOFFMAN, INCORPORATED, Appellant, v. BRYANT PARK BUILDING, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ. [See *post,* p. 972.]

CITY TRADING CORPORATION, Appellant, v. SPECIAL WELDING ALLOY Co., INC., et al., Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUANITA ROWE, Respondent, against LENA ROTTMAN, Appellant.— Order affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.; Dore and Callahan, JJ., dissent and vote to reverse and dismiss the writ.

RUDOLPH GOLDMAN, Respondent, v. THOMAS E. MURRAY, as Receiver of Interborough Rapid Transit Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ.